UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ISAAC LERNER. ELI LERNER, BALLYWARD
INVESTMENT COMPANY, LTD., JAIME
SOHACHESKI, GASTON LIMITED, HOTEL
INVESTORS, INC., PERKY LIMITED, ABRAHAM
RAPPAPORT, ESTHER RAPPAPORT, MOSHE
COHN, ESTABLISHMENT SOMER, JOSEPH
KOHN, CHANCERY ENTERPRISES, LTD.,
ROSDEV DEVELOPMENTS, INC., AND MICHAEL
ROSENBERG,

                    Plaintiffs,

   -against-

FLEET BANK, N.A., STERLING NATIONAL BANK
AND TRUST COMPANY OF NEW YORK, AND
REPUBLIC NATIONAL BANK OF NEW YORK,

                    Defendants.
-------------------------------------------------------------------X
-------------------------------------------------------------------X
BRUCE BAYROFF, JOSHUA GOLDSTEIN, LAND
TECH AT MANALPAN LLC, THEODORE BRODIE,
MEYER ROSENBAUM, MR. ASSOCIATES LLC,
ILANA BLUMKIN, AS TRUSTEE, EMDEE TOURS,
INC., ALEXANDER HASENFELD, INC., PROFIT
SHARING RETIREMENT PLAN, HASENFELD
STEIN, INC, PENSION TRUST, AEG AGENCY,
INC., AARON GARFINKEL, RIVKA STEIN,
AARON Y. RUBINSON, STEVEN B. ROTHCHILD,
P.C. MONEY PURCHASE PLAN, PINCHOS
RUBINSON, AKIVA, LEIMAN, ESTATE OF
BORUCH RUBINSON, CHAIM AND RACHEL
LEFKOWITZ, NAFTALI AND SARAH LIPSHUTZ,
MENDEL AND FEIGY LIPSCHUTZ, REISEL
BERGSTEIN, MICHAEL KONIG, ESTHER
WERTENTEIL, AARON WERTENTEIL, TEENA
RUBINFELD, MARK WERTENTEIL, MORRIS AND
SARAH FRIEDMAN, THE REGAL TRAGE, S.A.,
VAVEL CORP., CHADWICK FUNDING CO., L.P.,

JUDGMENT
98-CV- 7778 (FB)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

 AUG 3 1 2005 

P.M. _____
TIME A.M. _____

98-CV- 7779 (FB)

ALLEN SAUSEN AND LEONARD SAUSEN,
D/B/A ATASSCO, KEREN HACHESED OF
MONSEY, INC., GENEVA PROPERTIES, L.L.C., MT.
PLEASANT PARTNERS, HERSCEL KULEFSKY,
ALBERT DAVID PEARLS & GEMS, INC., DEFINED
CORP., ARTHUR KURTZ, CRESFIELD
ASSOCIATES, INC., WEINREB MANAGEMENT
AND HOWARD MERMELSTEIN,

          Plaintiffs,

 -against-

FLEET BANK, N.A., STERLING NATIONAL BANK
AND TRUST COMPANY OF NEW YORK, AND
REPUBLIC NATIONAL BANK OF NEW YORK,

          Defendants.
------------------------------------------------------------------X

JUDGMENT
98-CV- 7778 (FB)
98- CV- 7779 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 29, 2005, granting defendants' motions to dismiss; and dismissing the Second Amended Complaint; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motions to dismiss are granted; and that the Second Amended Complaint is dismissed.

Dated: Brooklyn, New York
       August 31, 2005

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
     Terry Vaughn
     Chief Deputy Clerk
     for Operations